UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

BRIAN WALLACE,

Petitioner,

v.

TIMOTHY O'DELL, Warden,

Respondent.

Civil No. 01-1852 (JMR/FLN)

**ORDER DIRECTING RESPONDENT TO SHOW CAUSE WHY WRIT SHOULD NOT BE GRANTED**

Petitioner has filed a petition for a writ of habeas corpus challenging the expected duration of his confinement at the Prairie Correctional Facility in Appleton, Minnesota.

Respondent is directed to make a return in writing within 20 days from the date of this order, certifying the true cause of Petitioner's detention and anticipated release date, and also showing cause why the writ should not be granted.

The return shall be filed with the Court and shall include:

1. Such affidavits and exhibits as are needed to establish the proper duration of Petitioner's incarceration;

2. A reasoned memorandum of law and fact fully stating Respondent's legal position on the issues raised by the petition, as well as Respondent's recommendation as to the need for this Court to conduct an evidentiary hearing on the merits of the petition in the light of the requirements of relevant statutes and other pertinent authority; and

3. Certified copies of all documents from Petitioner's prior criminal court proceedings and/or Petitioner's prison records, which may be germane to the issues raised by the petition.

FILED NOV 0 2 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Absent compliance with this order within the 20 day time period, the Court will entertain a motion to grant the relief prayed for in said petition.

Finally, the Court notes that Petitioner has also filed an "Application to Proceed Without Prepayment of Fees and Affidavit," seeking leave to proceed in forma pauperis, ("IFP"), pursuant to 28 U.S.C. § 1915(a). (Docket No. 2.) The Court finds that Petitioner is eligible for IFP status. The IFP application will therefore be granted, and Petitioner will be excused from paying any filing fee for this action.

Based on the foregoing, and on all of the premises and proceedings of record,

IT IS HEREBY ORDERED that:

1. Respondent is directed to file a return as described herein, within 20 days after the date of this order; and

2. Petitioner's application to proceed in forma pauperis, (Docket No. 2), is GRANTED.

Dated: October 31, 2001

FRANKLIN L. NOEL
Chief Magistrate Judge