UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Brian Wallace,

Petitioner,

vs.

Timothy O'Dell, Warden, Prairie Correctional Facility

Respondent.

Case No. 01-1852 (JMR/FLN)

**ORDER**

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on Petitioner's Writ of Habeas Corpus [# 1].

On January 4, 2002, Respondent filed Motion to Dismiss, or in the Alternative for Summary Judgment [#10]. January 8, 2002, Petitioner filed a Motion to Withdraw the Action [#14].

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Petitioner's Motion to Withdraw the Action [#14] is **GRANTED**.

DATED: JAN 25, 2002

FRANKLIN L. NOEL
Chief Magistrate Judge

JAN 25 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK